*circuit court of the united states*

*original exclusive jurisdiction in care of the court*

*at the chambers of the honorable chief justice of the circuit court*

*of the united states*

**FILED**

JAN 1 2 2024

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

1:24-cv-84-JRS-CSW

**\*sealed,suitor** against

**\*sealed,** *et* a/respondents

lodged and sealed

Notice of the Laws of the Suit as a **Special Cause**

case No._____

To the Honorable Chief Justice at his private chambers and to the Special Clerk and Master

To all to whom these presents shall come greetings:

  your orator, the suitor, seeks equitable relief in the nature of exoneration from suretyship and declared
to be the sole exclusive heir and beneficiary to the same subject matter.

  your orator states the following for the Honorable Circuit Justice and Clerk and Master at
chambers in support:

Original Bill for equitable relief

*Specialty appearance Randall Diggins*

## Parties

the suitor and "your orator" Diggins, Randall, is a private citizen of the United States and private member of the Union member state of Indiana who privately resides within a non-military occupied private estate, outside a "Federal Zone" at Marion county, Indiana who's mailing location is 8401 Moller road suite 68126 Indianapolis, Indiana 46268.

the respondent JASON OSTERHAGE a registered organization of St. Joseph county State of INDIANA is a decedent's legal estate ("Estate") whose principal office is located at 110 S.Main street South Bend Indiana 46601.

### In Care of Chief Executive Officer: Jason Osterhage
110 S. Main street South bend Indiana 46601

## Premises

your orator has mistakenly, and without being fully availed and acknowledged of his equitable defenses.

Accept Trustee's constitutional oath to perform lawfully in good faith to the beneficiary; Grant, bestow and authorize broad powers, indemnity, liberty and authority governed under Maxims of Equity to said Trustee for the good faith execution and performance of settlor's private lawful intent and purpose of prevention of any abandoned funds, debt extinguishment, settlement and closure, release of collateral, private enjoyment, use in possession, and benefit involving above identified private trust property for the named beneficiary "RANDALL DIGGINS," private beneficial property of private American Citizen of the United States of America;

Account is established within the jurisdiction of one of the union member states; and, Account is excluded from the applicability of the "Emergency Banking Relief Act amended "Trading with the Enemy Act" of 1933.

Done under *my* hand and seal with intent, special purpose, freewill act and Deed: without the private fundamental civilian due process protections of the written constitution A.D. 1789 under the rules of Chancery due and owing to your orator by way of his private citizenship and equitable rights to same said Estate as the sole exclusive heir by maxims "only God can create an heir" and "equity regards the beneficiary as the true owner".

Your orator is without an administrator, without a personal representative, without an executor, and without a trustee to defend his equitable rights, titles, and interest in same said Estate and guard against the fundamental due process protections secured and protected by his privity to the written constitution as an heir to the Posterity for which it is intended.

special; private; priority

## Statement of the Cause

the primary subject matter issue of your orator's special cause is for the relief of the orator's equitable interest and all securities being held in trust for the orator's benefit, and the full accounting associated with all securities being held in trust.

## Statement of Jurisdiction

That this is a suit in equity arising under the constitution of the United States and that where the rights of the orator are in jeopardy, and are those of a private citizen, and are of those classes which the constitution of the United States either confers or has taken under its protection and no adequate remedy for their enforcement is provided by the forms and proceedings purely legal, the same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by the constitution of the United States, and which cannot be affected by the legislation of the emergency provisional congress, the states nor the agencies subject to the law of the district of Columbia. This court has limited jurisdiction and your orator does hereby grant all in personam and subject matter jurisdiction to this court.

## Notice of the conflict and variance of law

your orator elects to apply for equitable relief and notices that it established principle that when there's a conflict between the rules of law and the rules of equity over the same subject matter that the rules of equity shall prevail. Further, your orator states that no adequate or sufficient or speedy remedy at law can provide complete justice and where the remedies sought are of a purely equitable nature, your orator attaches therefore a "Table of Authorities" that are

based upon the long standing and well established inherent principles and equity jurisprudence the maxims in support of your orator's special cause attached herewith by reference and attached hereto in Annex A. Further your orator does notice that this cause is in accordance with the soul, intent and spirit of the rules of the supreme court of the United States number 48 " former rules" and that the Respondents are believed to be governed exclusively in accordance with the intent of Rule 47 of same.

### Statement of Cause

your orator, surety with this original claim against respondent(s) seeking equitable relief from the burden caused by (i) failure of jason osterhage trustee to perform fiduciary duties (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, under threat and duress, or fraudulent concealment by Respondents (iii) subrogation of rights, title and interest of EVERWISE CREDIT UNION (hereafter "Creditor") against your orator with respect to an irrevocable obligation arising from a quasi trust relationship conducted by said trustee.

Your orator states that due to exigent circumstances he is without sufficient relief and without justice owed and due to him by virtue of his private citizenship and that he is the sole exclusive heir to the Estate and that without complete justice administered by this Honorable court that your orator may be subject to unjust and irreparable harm and loss to rights and property.

### Prayers for Special and General Relief

Wherefore the foregoing, your orator therefor prays that this honorable court grant claimant's special request for further and immediate consideration by his Excellency Chief Justice at Chambers and Special Clerk and Master:

  a.  decree/order for the release of full accounting and rights to accessing right to equitable interest accumulated ..

  b.  acknowledgement of your orator's rights as sole exclusive heir to the same subject matter Estate

c. a special evidentiary hearing with the special clerk and master to present private proprietary confidential evidence in support.

d. an order to seal said Suit to exclude the public and press to protect the nature of the rights and protections between the Parties during the proceedings (proposed Order attached herewith);

e. any other general equitable relief your orator may be entitled to under the circumstances.

**Prayers for Process**

your orator prays that this honorable court issue process and subpoena to answer through the special clerk and master of this court.

**Verification**

The suitor, Diggins, Randall does hereby affirm under the laws of The United States of America that the above suit which he states is true and correct so help me God.

Diggins, Randall Orator and Suitor
8401 Moller road suite 68126
Indianapolis, IN 46268