UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDALL DIGGINS, | ) |
|         Plaintiff, | ) |
| v. | ) No. 1:24-cv-00084-JRS-CSW |
| EVERWISE CREDIT UNION, JASON OSTERHAGE, | ) |
|         Defendants. | ) |

**Final Judgment**

Pursuant to the Order just entered, this case is dismissed without prejudice for lack of federal jurisdiction. Plaintiff takes nothing by his complaint. This is a final judgment under Rule 58. Fed. R. Civ. P. 58(a). The clerk is directed to close the case.

Date: 06/03/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
    Deputy Clerk, U.S. District Court

Distribution:

RANDALL DIGGINS
8401 Moller Road
Suite 68126
Indianapolis, IN 46268

Kenneth Biggins, Jr
Lee & Zalas, P.C.
keb@leeandzalas.com

Clint A Zalas
Lee & Zalas, P.C.
caz@leeandzalas.com